IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA , <br><br> Plaintiff, <br><br> vs. <br><br> FRANCISCO J. SANCHEZ-VALENCIA, and RAUL AMEZCUA, <br><br> Defendants. | 4:17-CR-3024 <br><br> AMENDED PRELIMINARY ORDER OF FORFEITURE |

This matter is before the Court on the plaintiff's Motion for Preliminary Order of Forfeiture (filing 65). Count I of the indictment in this case ( filing 27) charged the defendants with knowingly and intentionally possessing with intent to distribute a mixture or substance containing methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1). The indictment also contained a forfeiture allegation seeking the forfeiture, pursuant to 21 U.S.C. § 853, of money seized from the defendants' home (1914 7th Avenue, Dannebrog, Nebraska) on March 28, 2017 on the basis that it was used or was intended to be used to facilitate the violation alleged in Count I. Filing 27. The defendants were informed at their change of plea hearings that the forfeiture allegation included $48,509.00 in United States currency. Filing 45 at 15; filing 70 at 20-21.

The defendants have pled guilty to Count I of the indictment and admitted the forfeiture allegation. Filing 47; filing 71. By virtue of pleading guilty to the charge and admitting the forfeiture allegation, the defendants have forfeited their interest in the subject property, and the plaintiff should be entitled to possession of the property pursuant to 21 U.S.C. § 853. Therefore, the plaintiff's motion for preliminary order of forfeiture is granted.

IT IS ORDERED:

1. The plaintiff's Motion for Preliminary Order of Forfeiture (filing 65) is granted.

2. Based upon the defendant's guilty plea and admission of the forfeiture allegation of the indictment, the plaintiff is authorized to seize the $48,509.00 in United States currency found in the defendants' home on March 28, 2017.

3. The defendant's interest in the subject property is forfeited to the plaintiff for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853.

4. The subject property is to be held by the plaintiff in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the plaintiff shall publish for at least 30 consecutive days on an official Internet government forfeiture site (www.forfeiture.gov) notice of this order, notice of publication evidencing the plaintiff's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the

Court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. Such published notice shall state that the petition referred to in paragraph 5, above, shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property and any additional facts supporting the petitioner's claim and relief sought.

7. The plaintiff may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 9th day of November, 2017.

                    BY THE COURT:

                    *John M. Gerrard* (signature)
                    John M. Gerrard
                    United States District Judge