IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17-CR-3024 |
| vs. | |
| FRANCISCO J. SANCHEZ-VALENCIA and RAUL AMEZCUA, | AMENDED FINAL ORDER OF FORFEITURE |
| Defendants. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture ([filing 86](#)). On October 12, 2017, the Court entered an amended preliminary order of forfeiture ([filing 78](#)) pursuant to [21 U.S.C. § 853](#), based upon the defendants' guilty pleas for violating [21 U.S.C. §§ 841(a)(1) and (b)(1)](#), and their admission of the forfeiture allegation contained in the indictment ([filing 27](#)). By way of the preliminary order of forfeiture, the defendants' interest in $48,509.00 in United States currency was forfeited to the United States.

As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, [www.forfeiture.gov](#), for at least 30 consecutive days, beginning on October 14, 2017, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication ([filing 85](#)) was filed on December 15, 2017. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture ([filing 86](filing 86)) is granted.

2. All right, title, and interest in the $48,509.00 in United States currency held by any person or entity, is hereby forever barred and foreclosed.

3. The property described above is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property described above in accordance with law.

Dated this 21st day of December, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge